*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

July 21, 2017

No. 04-17-00436-CR & 04-17-00437-CR

David Stuart **BISHOP**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3325 & 2015CR3326
Laura Lee Parker, Judge Presiding

# O R D E R

We **grant** the motion for extension of time to file the notice of appeal in appeal number 04-17-00436-CR.  We **grant** the motion for extension of time to file the notice of appeal in appeal number 04-17-00437-CR.  We **order** appeal numbers 04-17-00436-CR and 04-17-00437–CR retained on the docket of this court and we reinstate the appellate deadlines.

In the interest of the efficient administration of the court's docket, we **order** appeal numbers 04-17-00436-CR and 04-17-00437–CR consolidated.  The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case.  The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal.

However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

/s/Luz Elena D. Chapa
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

/s/Luz Estrada
Luz Estrada
Chief Deputy Clerk

Entered this 21st day of July 2017